Wednesday, January 14, 2015

To whom it concerns:

Response to appeal in regards my children custody to:

CASE NO. 04-14-00397-CV
STATE OF TEXAS
FOURTH COURT OF APPEALS DISTRICT
SAM MARLON ALVAREZ,
Petitioner-Appellant, pro se,
vs.
STATES OF TEXAS, et al,
DULCE REYNOSO ALVAREZ,
Respondent's-

OAG CASE NO. 0012896796

I ask the Court to look after the well-being of the three (3) minor children involved in this case; to **Deny** the appellant's petition regarding custody and visitation based on the following:

1.  Mr. Sam Alvarez is serving for Second time in prison for the same reason; Illegal drugs dealing. Leading to a mayor safety of my children by putting them at risk due to his failing behavior pattern of not following the law. Illegal drugs are harmful; I worry a lot if my children are around that type of lack of judgment.

2.  His Criminal behavior endangers the physical safety and well-being of my children, due to his relationship with drug-dealers in his family circle. (his brother was in federal prison as well for the same matter)

3.  The relationship between Mr. Alvarez and me, the mother of these three minor is at its best precarious; due to his behavior about money and drugs.

4.  The children were physically and emotionally instable when all of this happened, Now after therapy and a better social and emotional environment the three of them are much better, it reflects in areas such school and daily activities.. Our oldest; diagnosed with ATRT Brain Cancer on 2006, is much stable now that before and I can contribute part of her health to the stability she is living with now days.

5.  Children are supposed to have the best of both parents; but when their safety and welfare is adversely affected by one of their parent's criminal behavior and pattern, then is when the other parent, in this case me, look for their best way to provide stability and a better environment.

6. I strongly ask that the Court, The Judge, to look after my children best interest.

7. I have no idea how the Child Support Office works neither manage how much Mr. Sam Alvarez has to pay this office; but I assure you that this is another way to Prove you that when a parent cares about his children, don't hesitated about this minor things; specifically when he is not being asked to do more than what he can at this point in his life.

8. Finally, I thank you Judge for securing the well-being of my children to stay safe and away from Illegal drugs.

With much respect and awaiting for the outcome of this matter;

Dulce R. Alvarez



## FAX ORDER/COVER SHEET

**PLEASE SEND THIS FAX MESSAGE TO:**

- NAME: MR. KEITH HOTTLE
- ORGANIZATION: CLERK, FOURTH COURT OF APPEALS / CADENA-RECNIO JUSTICE CENTER
- FAX NUMBER: 210-335-2762
- TOTAL NUMBER OF PAGES SEND ③ INCLUDING COVER PAGE    300 DOLOROSA SUITE 320 SAN ANTONIO TX 78205-3037
- DATE: JAN/14/2015

This facsimile is sent on behalf of __Dulce B. Alvarez__ and is
(Customer's Name)
intended for the above recipient. If you have received this facsimile in error, please notify the sender immediately at _____ and destroy all documents. This facsimile
Telephone #
may contain potentially sensitive or confidential information. If you are not the intended recipient or authorized to receive it for the intended recipient, you are notified that disclosing, copying, distributing or using any part of the information contained in this facsimile is strictly prohibited and punishable by law.

**ADDITIONAL NOTES:**

O.A.G CASE NO. 0012896796

APPEAL IN CAUSE # 04-14-00597-CV

Facsimile is sent by H-E-B Fax Service at Corp. # _____
TERMS AND CONDITIONS: H-E-B makes no guarantee, warranty or representation as to the adequacy, accuracy, completeness or legibility of this facsimile and does not guarantee, represent or warrant the transmission of this facsimile to the telephone number written above, or that it will be received by the intended recipient.

I have read and agree to the above terms and conditions. _____
Customer's initials